STAR FIN. CORP. v. HOWARD NANCE CO.

[350 N.C. 589 (1999)]

STAR FINANCIAL CORPORATION v. HOWARD NANCE COMPANY

No. 26A99

(Filed 25 June 1999)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 131 N.C. App. 674, 508 S.E.2d 534 (1998), affirming an order for summary judgment entered 3 December 1997 by Baker, J., in Superior Court, Mecklenburg County. Heard in the Supreme Court 10 May 1999.

*John E. Hodge, Jr., for plaintiff-appellant.*

*Perry, Patrick, Farmer & Michaux, P.A., by Ray Michaux, Jr., and John H. Carmichael, for defendant-appellee.*

PER CURIAM.

For the reasons stated in the majority opinion of the Court of Appeals, the decision of the Court of Appeals is affirmed. *See Scott v. Foppe*, 247 N.C. 67, 100 S.E.2d 238 (1957).

AFFIRMED.